**No. 61786.**—Wool Distributing Corp. *v.* United States, protests 307378–K and 310614–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 61787.**—Aero Sea Shipping Corporation *v.* United States, protest 310319–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61788.**—Smith-Weihman Company, Inc. *v.* United States, protest 310332–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61789.**—D. C. Andrews & Co., Inc. *v.* United States, protest 310433–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61790.**—Marimac Novelty Co. *v.* United States, protest 310918–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61791.**—Victory Shipping Co., Inc. *v.* United States, protest 310889–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61792.**—Eugenio Lang, Inc. *v.* United States, protests 310899–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.